IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE MOSLEY, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:20-CV-01012-JES-JEH ) |
| v. | ) Honorable James E. Shadid ) Magistrate Judge Jonathan E. Hawley |
| GENERAL REVENUE CORPORATION, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT GENERAL REVENUE CORPORATION'S FIRST MOTION
FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING**

Defendant General Revenue Corporation ("GRC"), by and through undersigned counsel, respectfully moves the Court for a twenty-eight (28) day extension of time through and until March 2, 2020 for GRC to respond to Plaintiff's Complaint. In support of its Motion, GRC states as follows:

1. On January 8, 2020, Plaintiff Bonnie Mosely ("Plaintiff") commenced this putative class action case. (ECF No. 1.)

2. GRC was served on January 13, 2020, making its deadline to respond to the Complaint February 3, 2020.

3. The Court may extend a response date either on its own or upon a request made before the time to act has expired. *See* Fed. R. Civ. P. 6(b)(1)(A). Accordingly, this Motion is timely because Monday, February 3, 2020 is the date on which GRC is currently required to respond to the Complaint.

4. Good cause exists for a twenty eight (28) day extension of time for GRC to respond to the Complaint. Namely, counsel for GRC was just recently retained on this

complicated putative class action case, is contemporaneously filing its appearance with this Motion, and requires additional time investigate and work with GRC.  GRC also requires additional time in order to conduct a proper investigation of the claims asserted.

5. Counsel for GRC has not yet been able to discuss the matter over the phone with counsel for Plaintiff, despite several attempts to do so.  Counsel for Plaintiff would only agree by email to an extension of twenty-one (21) days, through February 24, 2020.  Counsel for GRC again attempted to contact counsel for Plaintiff via phone to discuss a longer extension, particularly given counsel for GRC's calendar around that time, but have not yet connected as of the time of this filing

6. This is GRC's first request for an extension of time, the request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

**WHEREFORE** Defendant General Revenue Corporation respectfully requests that the Court grant its Motion for Extension of Time to File a Responsive Pleading through and until March 2, 2020, and award such other relief the Court deems just and proper.

Dated:  January 31, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　General Revenue Corporation

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Christopher R. Murphy
　　　　　　　　　　　　　　　　　　　　　　　　　One of it attorneys

　　　　　　　　　　　　　　　　　　　　　　Reed Smith LLP
　　　　　　　　　　　　　　　　　　　　　　Christopher R. Murphy – IL #6302607
　　　　　　　　　　　　　　　　　　　　　　10 S. Wacker Dr., 40th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 207-1000

- 3 -

## CERTIFICATE OF SERVICE

I, Christopher R. Murphy, an attorney, hereby certify that on January 31, 2020, the foregoing **DEFENDANT GENERAL REVENUE CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING** was filed electronically, using the ECF system, which will send notification of such filing to all parties of record in the above-captioned matter.

By: /s/ Christopher R. Murphy
Christopher R. Murphy – IL  #6302607
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000