IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BONNIE MOSLEY, on behalf of herself and all others similarly situated,           ) ) ) | |
| Plaintiffs,           ) ) | Case No. 1:20-cv-01012-JES-JEH |
| v.           ) ) | |
| GENERAL REVENUE CORPORATION,           ) ) | |
| Defendant.           ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bonnie Mosley, and Defendant General Revenue Corporation, hereby stipulate to the dismissal with prejudice of Plaintiff's individual claims in this case, and the dismissal of the putative class claims without prejudice, with the parties to bear their own costs including attorneys' fees.

Dated: December 16, 2020

Respectfully submitted,

 /s/ Theodore H. Kuyper
Keith J. Keogh
Theodore H. Kuyper
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
(312) 726-1092
keith@keoghlaw.com
tkuyper@keoghlaw.com

***Attorneys for Plaintiff and the Putative Class***

/s/ Christopher R. Murphy
Christopher R. Murphy
HOLLAND & KNIGHT
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 715-5722
chris.murphy@hklaw.com

Travis A. Sabalewski
HOLLAND & KNIGHT
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8075
travis.sabalewski@hklaw.com

***Attorneys for Defendant***

105895

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2020, I caused a copy of the foregoing ***Joint Stipulation of Dismissal*** to be served upon all counsel of record via electronic filing using the CM/ECF system.

                                                              /s/ Theodore H. Kuyper

105895